UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NUMBER: 8:02-CR-36-T-27MSS
USM NUMBER: 40138-018

vs.

Defendant's Attorney: Jacqueline Simms-Petredis, AFPD

**DEVON BENNETT**

_____/  Date of Previous Judgment: September 3, 2002

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(C)(2)

Upon motion of the Court and subsequent Joint Stipulation of the Parties (Dkt. 145) pursuant to 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, it is

ORDERED that the motion is GRANTED and the Defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of EIGHTY-SEVEN (87) months is **reduced to SEVENTY (70) months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: 29 | Amended Offense Level: 27 |
| Criminal History Category: I | Criminal History Category: I |
| Previous Guideline Range: 87 to 108 months | Amended Guideline Range: 70 to 87 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated September 3, 2002 shall remain in effect.

**DONE AND ORDERED** this 25th day of March, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Defendant
U.S. Probation Office
U.S. Marshal's Office
Bureau of Prisons